**EXHIBIT A**

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: May 4, 2016 5:01 PM<br>CASE NUMBER: 2016CV31574 |
| **Petitioner(s)** ROBERT BLAHA<br>v.<br>**Respondent(s)** WAYNE W WILLIAMS | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2016CV31574 |
| | Division: 376          Courtroom: |
| **Order Extending Deadline** | |

The Court extends the deadline by which the Secretary of State must certify the 2016 primary election ballot to May 4, 2016 at 5:30 p.m.

Issue Date: 5/4/2016

ELIZABETH ANNE STARRS
District Court Judge

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address: | |
| 1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: May 5, 2016 9:24 AM |
| **Petitioner(s)** RYAN FRAZIER | CASE NUMBER: 2016CV31575 |
| v. | |
| **Respondent(s)** WAYNE W WILLIAMS IN HIS OFFICIAL CAPACIT | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2016CV31575 |
| | Division: 376          Courtroom: |
| **Order Re: Stay** | |

This matter is before the Court on Petitioner Ryan Frazier's Motion to Stay Certification or Place Candidate on Ballot, filed May 5, 2016. The Court will stay the deadline for ballot certification for the Republican Senate Primary until 5:00 p.m. on Monday, May 9, 2016, or until the stay is lifted by this Court.

Issue Date: 5/5/2016

ELIZABETH ANNE STARRS
District Court Judge

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF<br>    DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, CO  80202 | DATE FILED: May 5, 2016<br>CASE NUMBER: 2016CV31574 |
| ROBERT BLAHA and RYAN FRAZIER,<br><br>Petitioners,<br><br>v.<br><br>WAYNE W. WILLIAMS, in his official capacity as<br>Colorado Secretary of State,<br><br>Respondent. | |
| | ▲ COURT USE ONLY ▲ |
| CYNTHIA H. COFFMAN, Attorney General<br>LEEANN MORRILL, First Assistant Attorney<br>    General*<br>MATTHEW D. GROVE, Assistant Solicitor<br>    General*<br>CHRISTOPHER M. JACKSON, Assistant Attorney<br>    General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, Floor<br>Denver, CO  80203<br>Telephone:  720 508-6157<br>FAX:  720 508-6041<br>E-Mail:  leeann.morrill@coag.gov<br>matt.grove@coag.gov<br>Registration Number:  38742, 34269, 49202<br>*Counsel of Record | Case No.  2016CV031574<br><br>Div.:  376<br><br>Consolidated with<br>2016CV31575 |
| **SECRETARY'S FORTHWITH _UNOPPOSED_ MOTION TO<br>RECONSIDER ORDER GRANTING STAY** | |

Respondent Wayne Williams, in his official capacity as Colorado Secretary of State (the "Secretary"), respectfully requests reconsideration of the Court's May 5, 2016 Order directing him to "stay the deadline for ballot certification for the Republican Senate Primary until 5:00 p.m. on Monday, May 9, 2016, or until the stay is lifted by this Court."  The parties have conferred, and this motion is

unopposed.  Moreover, the parties agree that there is no need for the Court to schedule a hearing on this motion unless the Court deems it necessary.

Mr. Frazier filed an opposed motion to further stay the ballot certification deadline until May 9, 2016, pending a request for Supreme Court review filed under § 1-1-113(3).  In the alternative, Mr. Frazier asked that this Court order the Secretary to certify him to the ballot pending the outcome of that appellate proceeding.  This Court granted the first alternative and stayed the ballot certification deadline until May 9, or until further order of the Court.

It is a virtual certainty that the Supreme Court will not have an opportunity to rule on Mr. Frazier's appeal until late next week at the earliest.  A delay of that length will cause acute election administration problems for the Secretary and Colorado's 64 County Clerk and Recorders, who are tasked with administering the June 2016 primary election in their respective jurisdictions.

Specifically, the County Clerks are awaiting the Secretary's certification of the primary ballot content so that they may begin formatting and creating ballots for distribution to registered electors, including Colorado's military and overseas voters.  With respect to the latter, the Uniform Military and Overseas Voters Act, § 1-8.3.-101, *et seq.*, C.R.S., requires County Clerks to transmit primary election ballots to military and overseas voters no later than Saturday, May 14, 2016.  § 1-8.3.-110, C.R.S.  For the County Clerks to be able to meet this deadline, the Secretary must be permitted to certify the ballot content without further delay.

Accordingly, the Secretary respectfully requests that the Court amend its order further staying the ballot certification deadline, and instead grant Mr. Frazier's alternative request for relief.  Specifically, the Secretary requests that the Court modify its order and permit immediate certification of the ballot with Mr. Frazier's name included, provided that Mr. Frazier expressly agrees to (1) timely appeal this Court's May 4, 2016 Order to the Colorado Supreme Court under C.R.S. § 1-1-113(3), and (2) voluntarily withdraw his candidacy in writing by a time specified by this Court if the Supreme Court either declines to consider his appeal, affirms this Court's May 4, 2016, Order, or otherwise rules in a way that results in Mr. Frazier not qualifying for the ballot, which will result in any votes cast for him in the June 2016 primary election not being counted.

In the event that Mr. Frazier's appeal is successful and the Supreme Court orders him on the ballot, no further action would be necessary.

A proposed stipulated Order is submitted herewith.

CYNTHIA H. COFFMAN
Attorney General

/s/ *Matthew D. Grove*
LEEANN MORRILL, 38742*
MATTHEW D. GROVE, 34269*
CHRISTOPHER M. JACKSON, 49202*
Assistant Attorney General
Public Officials Unit
State Services Section
Attorneys for Respondent
*Counsel of Record

3

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have duly served the within SECRETARY'S

FORTHWITH UNOPPOSED MOTION TO  RECONSIDER ORDER GRANTING

STAY upon all parties herein by Integrated Colorado Courts E-filing System

(ICCES) or by depositing copies of same in the United States mail, first-class

postage prepaid, at Denver, Colorado, this __5th__ day of _____May

2016 addressed as follows:


Scott Gessler
Geoff Blue
Klenda Gessler & Blue
1624 Market Street, Suite 202
Denver, CO 80202


/s/ *Matthew D. Grove*_____

4

| DISTRICT COURT, DENVER COUNTY, COLORADO | |
|---|---|
| Court Address: | |
| 1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: May 5, 2016 2:12 PM |
| **Petitioner(s)** ROBERT BLAHA et al. | CASE NUMBER: 2016CV31574 |
| v. | |
| **Respondent(s)** WAYNE W WILLIAMS IN HIS OFFICIAL CAPACIT | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2016CV31574 |
| | Division: 376          Courtroom: |
| **Order Granting Motion to Reconsider Stay** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 5/5/2016

ELIZABETH ANNE STARRS
District Court Judge

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202<br><br>ROBERT BLAHA and RYAN FRAZIER,<br><br>Petitioners,<br><br>v.<br><br>WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State,<br><br>Respondent. | |
| | ▲ **COURT USE ONLY** ▲ |
| | Case No. 2016CV031574<br><br>Div.: 376<br><br>Consolidated with 2016CV31575 |
| **[PROPOSED] ORDER GRANTING SECRETARY'S FORTHWITH MOTION TO RECONSIDER ORDER GRANTING STAY** | |

The Court, having reviewed the Secretary's Forthwith *Unopposed* Motion to Reconsider Order Granting Stay, and being fully advised in the premises, hereby GRANTS the motion and ENTERS the following ORDER:

1. The stay is hereby lifted and the Secretary may proceed to certify the ballot content for the June 2016 primary election.

2. The Secretary shall include Mr. Frazier's name in the ballot certification.

3. Mr. Frazier shall file a timely appeal this Court's May 4, 2016 Order pursuant to C.R.S. § 1-1-113(3).

4.  If the Supreme Court declines jurisdiction over his appeal or affirms this
Court's ruling, Mr. Frazier shall submit a letter of withdrawal to the
Secretary pursuant to § 1-4-1001(1) within 48 hours of the Supreme Court's
Order.  In such event, "any votes cast for [Mr. Frazier] shall be deemed
invalid and will not be counted."  § 1-4-1001(1), C.R.S.

BY THE COURT:

_____          _____
DATED                                Denver District Court Judge

| District Court<br>City and County of Denver, Colorado<br>Court Address:<br>1437 Bannock Street, Denver, CO 80202 | DATE FILED: May 25, 2016 4:21 PM<br>CASE NUMBER: 2016CV31574 |
|---|---|
| **Petitioners**:<br><br>ROBERT BLAHA and RYAN FRAZIER,<br><br>v.<br><br>**Respondent**:<br><br>WAYNE W. WILLIAMS, in his official capacity as the Colorado Secretary of State. | Case No. 2016CV31574<br><br>Courtroom 376<br><br>Consolidated with 2016CV31575 |
| **ORDER** | |

On May 25, 2016, the Court held a telephonic hearing as a result of the recent Supreme Court decision in 2016SA159. Scott Gessler and Geoffrey Blue appeared for the Plaintiff Ryan Frazier. Assistant Attorney General Matt Grove appeared for the Secretary of State. The parties did not wish to present any additional evidence other than the Second Set of Stipulations. Based on a review of the record, the Second Set of Stipulations, and argument of counsel, the Court finds as follows:

Upon further review of the signatures by the Secretary of State, as ordered by this Court, Mr. Frazier has 40 additional valid signatures. This Court is satisfied that the additional signatures were from registered Republican voters from the 3rd Congressional District. Mr. Frazier has shown by a preponderance of the evidence that he has a sufficient number of signatures which substantially comply with the statutory requirements of Sections 1-4-801(2)(c)(II) to 904(1), C.R.S. (2015). As such, Mr. Frazier qualifies to be on the Republican primary ballot for U.S. Senator.

The issue of attorney fees will be set for a short hearing at a mutually convenient time next week.

Dated this 25th day of May 2016.

**SO ORDERED.**

_____
ELIZABETH A. STARRS
Denver District Court Judge