IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  18-cv-00980-PAB

MELISSA RENEE GOODALL,
JEREMY WAYDE GOODALL,
SHAUNA LEIGH ARRINGTON,
JEFFERY PHILLIP ARRINGTON,
KARLA JO KROEKER,
RYAN MARK TIPPLE,
REP. DOUGLAS LAMBORN, and
LAMBORN FOR CONGRESS,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State,

    Defendant.

## ORDER

This matter comes before the Court on the Proposed Intervenors Motion for Reconsideration of Intervention and Request for Limited Intervention [Docket No. 33], wherein the intervenors ask the Court to reconsider the order denying their Partially-Unopposed Motion to Intervene [Docket No. 9].

The proposed intervenors present no additional ground on which to grant intervention.  The only issue raised in plaintiffs' complaint is the constitutionality of the residency requirement in Colo. Rev. Stat. § 1-4-905(1).  The proposed intervenors spent two pages of their 23-page opposition to plaintiffs' motion for preliminary injunction on the residency requirement.  Their motion for reconsideration essentially spends no time on that issue.  Instead, the proposed intervenors attempt to expand the

scope of this litigation.  For the reasons noted in its April 28, 2018 order, the Court will not do so.  The Court is sympathetic to the position the proposed intervenors find themselves in.  The Court has carefully considered the arguments they raise regarding laches and the residency requirement.  However, the proposed intervenors have not shown why they cannot bring their other claims in another forum or in another case.

Wherefore it is

**ORDERED** that the Proposed Intervenors Motion for Reconsideration of Intervention and Request for Limited Intervention [Docket No. 33] is **DENIED**.

DATED April 30, 2018.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge