# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | April 30, 2018 | Chris Wolpert |
| Clerk of Court | | Chief Deputy Clerk |

Mr. Michael Francisco
Statecraft
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

Mr. Scott Gessler
Klenda Gessler and Blue
1624 Market Street, Suite 202
Denver, CO 80202

**RE:    18-1179, Baldini, et al**
Dist/Ag docket: 1:18-CV-00980-PAB

Dear Counsel:

Your petition for extraordinary writ mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc:    Emily Burke Buckley
Ryan Richard Call
Matthew D. Grove
Peter Krumholz
LeeAnn Morrill

EAS/at