FILED
United States Court of Appeals
Tenth Circuit

**May 2, 2018**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

MELISSA RENEE GOODALL; JEREMY WAYDE GOODALL; SHAUNA LEIGH ARRINGTON; JEFFERY PHILLIP ARRINGTON; KARLA JO KROEKER; RYAN MARK TIPPLE; REP. DOUGLAS LAMBORN; LAMBORN FOR CONGRESS,

    Plaintiffs - Appellees,

v.

WAYNE WILLIAMS, in his official capacity as Colorado Secretary of State,

    Defendant – Appellee.

-------------------------------

ERIC BALDINI; JOHN COOKE; PHIL COVARRUBIAS; LARRY CROWDER; OWEN HILL; LYDIA K. HONKEN; MICHAEL KUHN; SHARON M. SCHAFER; RAY SCOTT; ASHLEE SPRINGER; DAVID WILLIAMS; ALEXANDER WINKLER; JEREMY ISAAC; KIMMI LEWIS; LARRY LISTON; JERRY SONNENBERG,

    Intervenors - Appellants.

No. 18-1183
(D.C. No. 1:18-CV-00980-PAB)
(D. Colo.)

_____

**ORDER**
_____

Before **HOLMES**, **O'BRIEN**, and **EID**, Circuit Judges.
_____

This matter is before the court on an emergency motion for stay of the preliminary injunction entered by the district court yesterday. To obtain a stay pending appeal, movants must address the basis for this court's jurisdiction over the appeal, and the following traditional stay factors: the likelihood of success on appeal; the threat of irreparable harm if the stay is not granted; the absence of harm to opposing parties if the stay is granted; and any risk of harm to the public interest. Tenth Cir. R. 8.1; *see also Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). Upon consideration of these matters, we conclude that movants have not demonstrated that the requested relief is warranted. Accordingly, the emergency motion for stay is denied.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk