IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00980-PAB-KMT

MELISSA RENEE GOODALL,
JEREMY WAYDE GOODALL,
SHAUNA LEIGH ARRINGTON,
JEFFERY PHILLIP ARRINGTON,
KARLA JO KROEKER,
RYAN MARK TIPPLE,
REP. DOUGLAS LAMBORN, and
LAMBORN FOR CONGRESS,

      Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Colorado Secretary of State,

      Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 69] of Chief United States District Judge Philip A. Brimmer entered on March 21, 2019, it is

ORDERED that the parties' Joint Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits and for Entry of Judgment [Docket No. 59] is GRANTED.  It is further

ORDERED that judgment be entered in favor of plaintiffs and against defendant.  It is further

ORDERED that plaintiffs are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of March, 2019.

        FOR THE COURT:

        Jeffrey P. Colwell, Clerk


        By s/ S. Grimm
           Deputy Clerk